**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**
**AT WINCHESTER**

| | | |
|---|---|---|
| **RICKY D. CLANTON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 4:09-cv-83** |
| | ) | |
| **THE MEGA LIFE AND HEALTH INSURANCE COMPANY,** | ) | **Judge Mattice** **Magistrate Judge Lee** |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

---

## STIPULATION OF DISMISSAL WITH PREJUDICE

---

**COMES NOW** Defendant The Mega Life and Health Insurance Company ("Defendant"), and Plaintiff, Ricky D. Clanton ("Plaintiff"), and hereby present this stipulation of dismissal with prejudice of all claims of Plaintiff against Defendant in the above-styled action. By doing so, the above parties stipulate to this Honorable Court that each and every claim against Defendant in the above-styled lawsuit be dismissed with prejudice.

Respectfully submitted this 16th day of July, 2010.

By: s/Robert S. Peters
Robert S. Peters (No. 3630)
120 North Jefferson Street
Winchester, Tennessee 37398
(931) 967-3888
*Attorney for Plaintiff, Ricky D. Clanton*

s/Jamie L. Moore
Gary Howard (No. 023167)
ghoward@babc.com
Jamie L. Moore *(Pro Hac Vice)*
jmoore@babc.com
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203-2104
Telephone: (205) 521-8000
Facsimile: (205) 521-8800

Joycelyn J. Eason (No. 027197)
jeason@babc.com
BRADLEY ARANT BOULT CUMMINGS LLP
1600 Division Street, Suite 700
P.O. Box 340025
Nashville, Tennessee 37203-0025
Telephone: (615) 251-2302
Facsimile: (615) 251-6302

*Attorneys for Defendant, The Mega Life and Health Insurance Company*